Sean P. Reis (No. 184044)
sreis@edelson.com
EDELSON MCGUIRE LLP
30021 Tomas Street, Suite 300
Rancho Santa Margarita, California 92688
Telephone: (949) 459-2124

Jay Edelson* (jedelson@edelson.com)
William C. Gray* (wgray@edelson.com)
Ari J. Scharg* (ascharg@edelson.com)
EDELSON MCGUIRE LLC
350 N. LaSalle Street, Suite 1300
Chicago, Illinois 60654
Telephone: (312) 589-6370
Fax: (312) 589-6378
*Pro hac vice admission to be sought

ATTORNEYS FOR PLAINTIFF AND THE PUTATIVE CLASS

E-filing

JCS

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

CV 11 2110

| | |
|---|---|
| ARUN GUPTA, individually and on behalf of all others similarly situated, | Case No. |
| Plaintiff, | **PLAINTIFF'S CERTIFICATION OF INTERESTED ENTITIES OR PERSONS** |
| v. | |
| APPLE, INC., a California corporation, | |
| Defendant. | |

FILED 2011 APR 28 P 3:00
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

FAXED

PLAINTIFF'S CERTIFICATION OF INTERESTED
ENTITIES OR PERSONS

Pursuant to Civil L.R. 3-16, the undersigned certifies that the following listed persons, associations of persons, firms, partnerships, corporations (including parent corporations) or other entities (i) have a financial interest in the subject matter in controversy or in a party to the proceeding, or (ii) have a non-financial interest in that subject matter or in a party that could be substantially affected by the outcome of this proceeding:

Edelson McGuire LLP
30021 Tomas Street, Suite 300
Rancho Santa Margarita, CA 92688
Tel: (949) 459-2124
(counsel for Plaintiff)

Edelson McGuire LLC
350 N. LaSalle Ave, Suite 1300
Chicago, Illinois 60654
Tel: (312) 589-6370
Fax: (312) 589-6378
(counsel for Plaintiff)

Respectfully submitted,

Dated: April 28, 2011

By: _____
Sean P. Reis
EDELSON MCGUIRE LLP
Attorneys for Arun Gupta, individually
and on behalf of a class of similarly
situated individuals

**PLAINTIFF'S CERTIFICATION OF INTERESTED ENTITIES OR PERSONS**