Sean P. Reis (No. 184044)
sreis@edelson.com
EDELSON MCGUIRE LLP
30021 Tomas Street, Suite 300
Rancho Santa Margarita, California 92688
Telephone: (949) 459-2124

Jay Edelson* (jedelson@edelson.com)
William C. Gray* (wgray@edelson.com)
Ari J. Scharg* (ascharg@edelson.com)
EDELSON MCGUIRE LLC
350 N. LaSalle Street, Suite 1300
Chicago, Illinois 60654
Telephone: (312) 589-6370
Fax: (312) 589-6378
*Pro hac vice admission to be sought

ATTORNEYS FOR PLAINTIFF AND THE PUTATIVE CLASS

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARUN GUPTA, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>APPLE, INC., a California corporation,<br><br>Defendant. | Case No. 3:11-cv-02110-JCS<br><br>**DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE AND REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE** |

**DECLINATION OF MAGISTRATE JUDGE AND
REQUEST FOR REASSIGNMENT TO DISTRICT JUDGE**

REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE:

The undersigned party hereby declines to consent to the assignment of this case to a United States Magistrate Judge for trial and disposition and hereby requests the reassignment of this case to a United States District Judge.

Respectfully submitted,

Dated: May 2, 2011

By: /s/ Sean P. Reis
Sean P. Reis
EDELSON MCGUIRE LLP
Attorneys for Arun Gupta, individually
and on behalf of a class of similarly
situated individuals

**DECLINATION OF MAGISTRATE JUDGE AND
REQUEST FOR REASSIGNMENT TO DISTRICT JUDGE**

# CERTIFICATE OF SERVICE

I hereby certify that on May 2, 2011, I electronically filed the foregoing **DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE AND REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE** with the Clerk of the Clerk using the CM/ECF system. Notice of this filing is sent to all parties by operation of the Court' electronic filing system. Parties may access this filing through the Court's system.

May 2, 2011

By: /s/ Sean Reis
Sean Reis