1
2
3
4
5
6
7
8
9
10
11

12              UNITED STATES DISTRICT COURT

13              NORTHERN DISTRICT OF CALIFORNIA

14              SAN FRANCISCO DIVISION

15

| ARUN GUPTA, individually and on behalf of others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>APPLE INC., a California corporation,<br><br>Defendant. | Case No.   11-cv-02110-WHA<br><br>[~~PROPOSED~~] **ORDER GRANTING APPLE INC.'S STIPULATED ADMINISTRATIVE MOTION FOR INTRADISTRICT TRANSFER TO SAN JOSE DIVISION (Civil Local Rules 3-2, 7-11)**<br><br>Judge: Hon. William Alsup |
|---|---|

[~~PROPOSED~~] ORDER
11-cv-02110-WHA
pa-1463250

1 **[Proposed] Order**

Having considered the papers filed by the parties in connection with Apple Inc.'s motion, and the parties' joint stipulation in favor of same, and for good cause shown, the Court hereby GRANTS Apple's motion and orders this case transferred to the San Jose Division.

PURSUANT TO STIPULATION IT IS SO ORDERED.

DATED:  May 11, 2011.



Judge William Alsup