SEAN P. REIS (sreis@edelson.com) - SBN 184044
EDELSON MCGUIRE LLP
30021 Tomas Street, Suite 300
Rancho Santa Margarita, California 92688
Telephone: (949) 459-2124
Facsimile: (949) 459-2123

JAY EDELSON (jedelson@edelson.com) (*Pro hac vice*)
ARI J. SCHARG (ascharg@edelson.com) (*Pro hac vice*)
EDELSON MCGUIRE LLC
350 North LaSalle Street, Suite 1300
Chicago, Illinois 60654
Telephone: (312) 589-6370
Facsimile: (312) 589-6378

*Attorneys for Plaintiff and the Putative Class*

WILLIAM GRAY (*Pro hac vice*)
williamcgray@gmail.com
1926 N. Lincoln Park West, Apartment 2D
Chicago, Illinois 60614
Telephone: (312) 925-8880

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| IN RE: iPhone/iPad Application Consumer Privacy Litigation | Case No. 5:11-cv-2110-LHK<br>*Related to:*<br>Case No. 5:10-cv-5878-LHK<br>*Lead Case:*<br>Case No. 5:11-md-2250-LHK<br><br>**NOTICE OF WITHDRAWAL OF CERTAIN COUNSEL OF RECORD FOR PLAINTIFF ARUN GUPTA** |

**TO THE CLERK OF THE COURT AND ALL PARTIES OF RECORD:**

**PLEASE TAKE NOTICE THAT** William C. Gray, formerly an attorney with Edelson McGuire LLC ("EM"), but no longer associated with EM as of January 6, 2012, hereby withdraws as counsel of record for Plaintiff Arun Gupta.  Attorneys Jay Edelson, Ari J. Scharg and Sean P. Reis continue to represent Plaintiff Gupta in this action, and request that all future correspondence and papers in this action continue to be directed to them.

Respectfully submitted,

Dated:  March 22, 2012                                         By: /s/ William C. Gray

Dated:  March 22, 2012                                         By: /s/ Sean P. Reis

SEAN P. REIS (sreis@edelson.com) - SBN 184044
EDELSON MCGUIRE, LLP
30021 Tomas Street, Suite 300
Rancho Santa Margarita, California 92688
Telephone: (949) 459-2124
Facsimile: (949) 459-2123

JAY EDELSON (jedelson@edelson.com)
RAFEY S. BALABANIAN (rbalabanian@edelson.com)
(*Pro hac vice* admission to be sought)
ARI J. SCHARG (ascharg@edelson.com)
EDELSON MCGUIRE, LLC
350 North LaSalle Street, Suite 1300
Chicago, Illinois 60654
Telephone: (312) 589-6370
Facsimile: (312) 589-6378

WILLIAM GRAY
williamcgray@gmail.com
1926 N. Lincoln Park West, Apartment 2D
Chicago, Illinois 60614
Telephone: (312) 925-8880

**CERTIFICATE OF SERVICE**

The undersigned certifies that, on March 22, 2012, he caused the above and foregoing ***Motion for Leave to Withdraw Appearance of William C. Gray as One of the Counsel of Record for Plaintiff***, by causing true and accurate copies of such paper to be electronically filed with the Clerk of the Court using the CM/ECF system, which will send notification of filing to counsel of record for each party.

Dated: March 22, 2012                                     /s/  Sean P. Reis